| | | |
|---|---|---|
| **HENRY FORD ADKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RICK JACKSON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on *pro se* Plaintiff's "Complaint Against Assistant Attorney General William H. Harkins, Defendant's Attorney, and Assistant Superintendent of Dan River Corr. Inst. John Roach and John Hartless, Programmer at Dan River Corr. Institution," (Doc. No. 82), and "Plaintiff's First Request for Production of Documents, to be Preproduced and Resent to Plaintiff," (Doc. No. 83).

First, Plaintiff's "Complaint Against Assistant Attorney General" will be denied because Defendants' Response conclusively demonstrates that no impropriety occurred and that Plaintiff's discovery was handled appropriately by the Assistant Attorney General and institution staff to ensure that Plaintiff's documents reached him. See (Doc. No. 84).

Second, with regards to "Plaintiff's First Request for Production of Documents," Plaintiff has again misdirected a discovery request to the Court. See Local Rule 26.2 ("The parties shall not file any initial disclosures, designations of expert witnesses and their reports, discovery requests or responses therto, deposition transcripts, or other discovery material unless: (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceeding; or (3) such materials are filed in support of, or in opposition to, a motion or petition.").

1

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's "Complaint Against Assistant Attorney General William H. Harkins, Defendant's Attorney, and Assistant Superintendent of Dan River Corr. Inst. John Roach and John Hartless, Programmer at Dan River Corr. Institution," (Doc. No. 82), is **DENIED.**

(2) Plaintiff is instructed to direct his discovery requests to the appropriate party or parties in accordance with the applicable procedural rules and Pretrial Order and Case Management Plan.

Signed: October 16, 2018

Frank D. Whitney
Chief United States District Judge